JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, et al.,

    Plaintiffs,

v.

PROFESSIONAL ELECTRICAL CONTRACTORS, INC.,

    Defendant.

Case No. SA CV 12-0350 FMO (RNBx)

**JUDGMENT**

Pursuant to the Court's Order Re: Plaintiffs' Motion for Default Judgment, filed contemporaneously with the filing of this Judgment, IT IS HEREBY ADJUDGED that:

1. Default judgment is hereby entered in favor of plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan; Trustees of the Southern California IBEW-NECA Health Trust Fund; Trustees of the Los Angeles County Electrical Educational and Training Trust Fund; Trustees of the Riverside County Electrical Health and Welfare Trust Fund; Trustees of the Inland Empire IBEW-NECA Health Trust; Trustees of the Riverside Plan Educational and Training Trust Fund; Trustees of the Local Union 477, IBEW-Southern Sierras Chapter, NECA Educational And Training Trust Fund; Trustees of the Southern California IBEW-NECA Labor Management Cooperation Committee; Trustees of the Inland Empire IBEW-NECA Labor-Management Cooperation Committee; Trustees of the National IBEW-NECA Labor-Management Cooperation

Committee Trust Fund; Trustees of the National Electrical Benefit Fund; National Electrical Industry Fund; Administrative Maintenance Fund; Contract Compliance Fund; and Los Angeles Electrical Workers Credit Union (collectively, "plaintiffs") and against defendant Professional Electrical Contractors, Inc. ("PEC").

2. PEC shall pay plaintiffs $1,542,530.31 in damages, pre-judgment interest, attorney's fees, and costs. PEC is also ordered to pay post-judgment interest of 1.11%.

3. Plaintiffs shall serve defendants with a copy of this Judgment in such a manner as to make it operative in any future proceedings.

Dated this 26th day of May, 2017.

/s/
Fernando M. Olguin
United States District Judge